UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MASSACHUSETTS

DOCKET NO.

05 11055 DPW

| | |
|---|---|
| Ralph Lavin,<br>   Plaintiff<br>v.<br><br>McDonald's Corporation and<br>McDonald's of Bradford, Massachusetts<br>   Defendants. | COMPLAINT AND JURY DEMAND<br><br>RECEIPT # 64411<br>AMOUNT $ 250.00<br>SUMMONS ISSUED 2<br>LOCAL RULE 4.1 ✓<br>WAIVER FORM ✓<br>MCF ISSUED ✓<br>BY DPTY. CLK. M.P.<br>DATE 5/19/05 |

MAGISTRATE JUDGE MBB

**PARTIES**

1. The Plaintiff, Ralph Lavin ("Lavin"), is an individual residing at 27 Haigh Avenue, Salem, New Hampshire 03079.

2. The Defendant, McDonald's Corporation ("McDonald's"), is believed to be a corporation of Illinois having its headquarters McDonald's Plaza, Oak Brook, Illinois 6052.

3. The Defendant, McDonald's of Bradford ("Bradford") is a franchisee of McDonald's and has a place of business at 53 South Main Street, Bradford, Massachusetts 01830.

**FACTS**

4. On or about May 23, 2003 at 10:35 am, Lavin went to the Bradford drive-through and decided to get something to eat after working on a painting job in the Town of Bradford.

5. Lavin ordered two McChicken sandwiches with cheese, one chicken fajita and one small fry, and then drove back to his Job site in the Town of Bradford. When he started to chew the chicken fajita, he started to choke.

2

6.-7.  Lavin had to wait 20 Minutes before he was able to regain his composure, He then went back to Bradford and spoke to the manager, Mike Chambers ("Chambers") about the incident.

8.  Chambers took down all of the information that Lavin supplied concerning the incident.

9.  The following day, Lavin received a call from someone who said he was calling on behalf of McDonald's, and wanted Lavin to mail the chicken bone to his office. The caller did not identify himself or leave his address.

10.  On August 13, 2003 a Article 93A letter was sent to Bradford by Certified Mail 7001 1940 0001 5088 4127 but no response has been received to date.

### COUNT I – BREACH OF CONTRACT BY THE DEFENDANTS

11.  Lavin incorporates by reference paragraphs 1-10, supra.

12.  Lavin made purchases from the Defendants on the basis that he would be provided with wholesome food.

13.  The Defendants failed and neglected to provide Lavin with wholesome food and, as a result, have breached their contract with the Plaintiff.

14.  As a result of the Defendant's breach of contract with Lavin, he has suffered damages.

### COUNT II – UNJUST ENRICHMENT BY THE DEFENDANTS

15.  Lavin incorporates by reference paragraphs 1-14, supra.

16.  The foodstuffs supplied by and on behalf of the Defendants were not wholesome with the result that they have been unjustly enriched.

### COUNT III – PAIN AND SUFFERING CAUSED BY THE DEFENDANTS

17.  The actions by and on behalf of the Defendants have cause unjustified pain and suffering to Lavin.

## COUNT IV–LOSS OF TIME FROM WORK

18.A   Lavin incorporates by reference paragraphs 1-17, supra.

18.B   Because of the actions by or on behalf of the Defendants, Lavin has lost time from work.

## COUNT V– VIOLATION OF MASSACHUSETTS CONSUMER PROTECTION ACT, MK.G.L.CH.93A BY THE DEFENDANTS

19.   Lavin incorporates by reference paragraphs 1-18, supra.

20.   At all times material to this action the Defendants have been engaged in trade or commerce within the meaning of Mass. Gen. Laws c. 93A § 2 and 9.

21.   The actions of the Defendants described in Counts I, II, III and IV constitute unfair or deceptive acts or Practices in violation of Mass. Gen. Laws c. 93A § 2. Moreover the actions of the Defendants constitute knowing and willful violations of Mass. Gen. Laws c. 93A § 9.

22.   As a result of the Defendants' actions, Lavin has suffered and continues to suffer loss of money and property

23.   On or about August 13, 2003 the Defendants were sent a Notice of action under Massachusetts General Laws, Chapter 93A.

24.   After thirty (30) days from the date of the letter to the Defendants, Lavin has never received a written response from the Defendants for a reasonable offer of settlement of Lavin's claims.

25.   As a result of the Defendants knowing and willful violation of th Massachusetts Consumer Protection Act, in violation of Mass. Gen. Laws Chapter 93A, the Plaintiff has suffered damages.

CLAIMS FOR RELIEF

WHEREFORE, Lavin requests that this Honorable Court grant him the following relief:

   a.   That as to Count I, Judgment enter in favor of Lavin against the Defendants in an amount to be determined together with pre-judgment interest, costs, expenses and reasonable attorney's fees;

   b.   That as to Count II, Judgment enter in favor of Lavin against the Defendants in an amount to be determined together with pre-judgment interest, costs, expenses and reasonable attorney's fees

4

c. That as to Count III, Judgment enter in favor of Lavin against the Defendants in an amount to be determined together with pre-judgment interest, costs, expenses and reasonable attorney's fees;

d. That as to Count IV, Judgment enter in favor of Lavin against the Defendants in an amount to be determined together with pre-judgment interest, costs, expenses and reasonable attorney's fees;

e. That as to Count V, Judgment enter in favor of Lavin against the Defendants in an amount to be determined together with pre-judgment interest, costs, expenses and reasonable attorney's
fees and if this Court determines that the Defendant's conduct was knowing and willful enter judgment against the Defendant in an amount that doubles or triples Lavin's actual damages in accordance with M.G.L. C. 93A § 9.

f. That the Court Order any and further relief it deems necessary and Proper under the circumstances.

JURY DEMAND

Lavin hereby demands a jury trial on all issues in this action properly triable by a jury

Respectfully submitted,

Dated: May 19, 2005

*Ralph Lavin* (signature)

Ralph Lavin
27 Haigh Ave.
Salem, NH 03079
(603) 966-6026

⚜JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff  Rockingham
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**05 11055 DPW**

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorney (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332

Brief description of cause:
Injury caused by contaminated food

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  LAVIN v. MACDONALD'S CORPORATION

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    [ ]  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓]  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    [✓]  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    [ ]  IV.   220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    [ ]  V.    150, 152, 153.

    **05 11055 DPW**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES [ ]    NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES [ ]    NO [ ]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES [✓]    NO [ ]

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division [✓]    Central Division [ ]    Western Division [ ]

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   RALPH LAVIN
ADDRESS   27 Haigh Avenue, Salem, NH 03079
TELEPHONE NO.   603-234-1611

(CategoryForm.wpd - 2/15/05)