UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH LAVIN,
    Plaintiff,

v.

MCDONALD'S CORPORATION and
MCDONALD'S OF BRADFORD,
MASSACHUSETTS.
    Defendants.

CIVIL ACTION NO.: 05-11055DPW

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendants, McDonald's Corporation and McDonald's of Bradford, Massachusetts in the above-captioned matter.

    The Defendant,
    McDonald's Corporation and
    McDonald's of Bradford, Massachusetts
    By their Attorneys,

    William Joseph Flanagan, BBO#556598
    **MORRISON MAHONEY LLP**
    250 Summer Street
    Boston, MA 02210
    (617) 439-7500

1147880v1

## CERTIFICATE OF SERVICE

    I, William Joseph Flanagan, attorney for the defendants, hereby certify that I have this day served the foregoing **Notice of Appearance** to all counsel of record in this action by mailing same, by first class mail, postage prepaid to:

Ralph Lavin *(pro se)*
27 Haigh Avenue
Salem, NH 03079

Dated: 6/16/5     Attorney: _____