# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

| | |
|---|---|
| MASSACHUSETTS | CONNECTICUT |
| BOSTON | HARTFORD |
| FALL RIVER | NEW YORK |
| SPRINGFIELD | NEW YORK |
| WORCESTER | NEW JERSEY |
| | PARSIPPANY |
| RHODE ISLAND | ENGLAND |
| PROVIDENCE | LONDON |

William Joseph Flanagan
Direct Dial: 617-737-8829
Direct Fax: 617-342-4887
jflanagan@morrisonmahoney.com

August 29, 2005

*Via e-mail michelle_rynne@mad.uscourts.gov*

Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA  02210
Attention:  Michelle Rynne

Re:    <u>Ralph Lavin v. McDonald's Corporation and McDonald's of Bradford, Massachusetts</u>
       Docket No.:    05 11055DPW
       Date of Loss:  05/23/03
       Our File No.:  10019020

Dear Ms. Rynne:

    As per your request, enclosed please find defendant's version of the Joint Scheduling Statement.

    Thank you for your attention to this matter.

                                   Very truly yours,

                                   William Joseph Flanagan
                                   Curtis L.S. Carpenter

WJF/CLSC/dc
Enclosure

1157687v1

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH LAVIN,<br> Plaintiff,<br><br>v.<br>MCDONALD'S CORPORATION and<br>MCDONALD'S OF BRADFORD,<br>MASSACHUSETTS (misnamed).<br> Defendants. | )<br>)<br>)<br>)<br>)    CIVIL ACTION NO.: 05-11055DPW<br>)<br>)<br>)<br>) |

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, who after conferencing pursuant to

Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this

proposed Joint Scheduling Statement.

### I.  DISCOVERY

The parties propose the following discovery plan:

A.    All discovery and factual depositions to be completed by May 15, 2006.

B.    Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before June 15, 2006.

C.    Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 15, 2005.

D.    All expert depositions to be completed by August 15, 2006.

E.    Final Pretrial Conference to be scheduled after September 15, 2006.

### II.  MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before December 30, 2005.

972471v1

B.    Dispositive Motions to be filed by September 1, 2006 with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

## III.    CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV.    TRIAL BY MAGISTRATE JUDGE

The parties consent to trial by Magistrate.

## V.    SETTLEMENT

The plaintiff has not made a written settlement demand to the defendant.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.

Respectfully Submitted,

**PLAINTIFF**                              **DEFENDANT**

_____        _____
Ralph M. Lavin (Pro Se)             William J. Flanagan BBO No. 556598
27 Haigh Avenue                        Curtis L.S. Carpenter BBO No. 657358
P.O. Box 1042                             MORRISON MAHONEY LLP
Salem, NH 03079-1042              250 Summer Street
(603) 966-6026                            Boston, MA 02110
                                                   617-737-8829

Dated: August 30, 2004

972471v1

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH LAVIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| MCDONALD'S CORPORATION and | ) | CIVIL ACTION NO.:  05-11055DPW |
| MCDONALD'S OF BRADFORD, | ) | |
| MASSACHUSETTS (misnamed). | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, who after conferencing pursuant to

Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this

proposed Joint Scheduling Statement.

## I.    DISCOVERY

The parties propose the following discovery plan:

A.    All discovery and factual depositions to be completed by May 15, 2006.

B.    Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before June 15, 2006.

C.    Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 15, 2005.

D.    All expert depositions to be completed by August 15, 2006.

E.    Final Pretrial Conference to be scheduled after September 15, 2006.

## II.    MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before December 30, 2005.

972471v1

B.    Dispositive Motions to be filed by September 1, 2006 with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

## III.    CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV.    TRIAL BY MAGISTRATE JUDGE

The parties consent to trial by Magistrate.

## V.    SETTLEMENT

The plaintiff has not made a written settlement demand to the defendant.


**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.


Respectfully Submitted,

**PLAINTIFF**                                              **DEFENDANT**


                                                          /s/ *William Joseph Flanagan*

_____                    _____
Ralph M. Lavin (Pro Se)                       William J. Flanagan BBO No. 556598
27 Haigh Avenue                               Curtis L.S. Carpenter BBO No. 657358
P.O. Box 1042                                 MORRISON MAHONEY LLP
Salem, NH 03079-1042                          250 Summer Street
(603) 966-6026                                Boston, MA 02110
                                              617-737-8829


Dated: August 30, 2004