UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH LAVIN,<br>    Plaintiff, | )<br>)<br>)<br>)<br>) |
| MCDONALD'S CORPORATION and<br>COLLEY/MCCOY MA CO. dba<br>MCDONALD'S OF BRADFORD,<br>MASSACHUSETTS, John Collins<br>and Richard McCoy,<br>    Defendants. | )  CIVIL ACTION NO.: 05-1 1055DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION BY THE PLAINTIFF, RALPH LAVIN, TO DISMISS THE MOTION OF DEFENDANT, COLLEY/MCCOY MA CO.'S (DBA McDonald's of Bradford Machusetts) MOTION TO DISMISS UNDER F.R.C.P 12(b)(1) FOR LACK OF SUBJECT MATTER JURISDICTION BECAUSE THE MOTION TO DIMSISS WAS ACCOMPANIED BY A FALSE AFFIDAVIT UNDER LOCAL RULE 7.1

**NOW** COMES the plaintiff, Ralph Lavin ("Lavin"), who hereby requests that this Honorable Court dismiss Defendant's Motion to Dismiss Lavin's complaint on the ground that the amount in controversy does not reach the required jurisdictional amount. See 28 U.S.C. § 1332.

### I.   BACKGROUND

On September 16, 2005, Lavin wrote to MORRISON MAHONEY LLP, COUNSELLORS AT LAW, 250 SUMMER STREET, BOSTON, MASSACFFUSETTS 02210-1181, Attn: Curtis L.S. advising that he understood that in accordance with Local Rule 7.1. he was to confer with Carpenter in a good faith attempt to resolve or narrow the issues of dispute raised by Defendant's motion to dismiss, and his accompanying Affidavit of alleged Compliance with Local Rule 7.1.

In Carpenter's Affidavit of alleged Compliance with Local Rule 7.1 he stated: "**Prior to serving the defendant's motion to dismiss**, I wrote the plaintiff on September 2, 2005 and further telephoned the plaintiff on September 9, 2005 in an effort to resolve and narrow the issues between the parties regarding same. Despite these good faith efforts, the issues presented by this motion to dismiss remain unresolved (emphasis added)."

As Carpenter well knows, **this statement is incorrect**. In Carpenter's letter to Lavin of **September 2, 2005**, Carpenter states I "**have filed** a motion to dismiss this case for lack of jurisdiction (emphasis added)". Thus Carpenter's letter of September 9th **was not an attempt to resolve and narrow the issue** because he stated, by letter dated September 2nd, HE FILED A MOTION TO DISMISS. Since Carpenter's Affidavit was SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9TH DAY OF SEPTEMBER , 2005, Lavin advised he will move to have Defendant's Motion to Dismiss stricken unless Carpenter agrees to withdraw it.

## II MOTION .

Lavin has had no response from Carpenter to date and hereby Moves, FOR THE REASONS SET FORTH ABOVE, to Strike Defendant's Motion to Dismiss for Lack of Jurisdiciton.

                                               Respectfully Submitted,

                                               Ralph Lavin
                                               27 Haigh Avenue
                                               P.O. Box 1042
                                               Salem, NH 03 079-1042

603-966-6026                                                       Dated : September 22, 2005

## CERTIFICATE OF SERVICE

I, Ralph Lavin hereby certify that I have this day forwarded a copy of the above document, to the following, by first-class mail, postage prepaid, to:

>William J. Flanagan BBO No. *556598*
>Curtis L.S. Carpenter BBO No. 657358
>MORRISON MAHONEY LLP
>250 Summer Street
>Boston, MA 02110
>Attorneys for the Defendant,
>Colley/McCoy MA Co

Date: 9/ __ / '05

Ralph Lavin

UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH LAVIN.          X<br>    Plaintiff<br>v.                            X<br>MCDONALD'S CORPORATION and<br>MCDONALDS OF BRADFORD        X.<br>MASSACHUSETTS (misnamed).<br>    Defendants        X | CIVIL ACTION NO.: 05-1 1O55DPW |

## **DECLARATION OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Ralph Lavin, hereby certify I have corresponded with opposing counsel in this matter, in a good faith attempt to resolve or narrow the issues of dispute raise in the accompanying motion, in accordance with Local Rule 7.1. Prior to serving Lavin's motion to dismiss, I wrote the opposing counsel on September 16, 2005 in an effort to resolve and narrow the issues between the parties regarding same. Despite these good faith efforts, the issues presented by my motion to dismiss remain unresolved.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF SEPTEMBER , 2005

Ralph Lavin
(603) 966-6026