# RALPH LAVIN
**27 Haigh Ave.**
**P.O. Box 1042**
**Salem, NH 03079**
**(603) 966-6026**

October 1, 2005

Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

Re: Ralph Lavin v. McDonald's Corporation and McDonald's of Bradford, Massachusetts
   Docket No.: 05 11055DPW
   Date of Loss: 05/23/03

Dear Sir/Madam:

This letter supplements my letter of September 9, 2005 by which I sent an Amended Complaint for filing. In reference to the above-captioned matter, enclosed please find the following revised Amended Complaint:

.   PLAINTIFF, RALPH LAVIN'S AMENDED COMPLAINT AGAINST DEFENDANT,
   MCDONALD'S CORPORATION AND DEFENDANT, MCDONALD'S OF BRADFORD
   MASSACHUSETTS'

At the Scheduling Conference held on August 30, 2005 Defendants' counsel contended that McDonalds of Bradford was misnamed and agreed to supply a proper name, which was supplied as "Colley/McCoy A Co", a partnership. It was also agreed that an amended complaint would be filed based on the information supplied by opposing counsel. The Amended Complaint of September 9th also included the names of entities believed to be members of the partnership. Opposing counsel has now identified the correct members of the partnership and pointed out that he believes its necessary to file a Motion since more than 20 days have passed since issue was joined. However, Rule 15 permits the filing of an Amended Complaint with the written consent of the opposition, and opposing counsel's recent letter, coupled with counsel's earlier request to amend the complaint is believed to constitute the required written consent

Kindly docket and file the enclosed Amended Complaint, which includes further allegations based upon the presentation of opposing counsel at the scheduling conference.

Thank you for your attention to this matter.

Very truly yours,

~~Ralph Lavin~~

Enclosures

cc:   **MORRISON MAHONEY LLP,** COUNSELORS AT LAW
   250 SUMMER STREET,   BOSTON, MASSACFFUSETTS 02210-1181
   Attn: William Joseph Flanagan