UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


RALPH LAVIN,
            Plaintiff

                                CIVIL ACTION NO. 05-11055-DPW
   v.

McDONALD'S CORPORATION ET AL
        Defendant


### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Ruling on March 2, 2006
Allowing the Motion of the Defendants' [8] Motion to dismiss for
lack of jurisdiction and defendants' [18] Motion to dismiss, for
the reasons stated in open court on the record, it is hereby
ORDERED that the above-entitled action be, and it hereby is,
DISMISSED in its entirety.

                                BY THE COURT,


                                /s/ Michelle Rynne
Dated: March 2, 2006            Deputy Clerk