RALPH LAVIN
formerly
27 Haigh Ave,
Salem, NH 03079
(603) 966-6026
now
65 Pine Knoll St., Lee, NH 03824   (603) 659-6169

FILED
CLERKS OFFICE
2006 APR 17 P 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 22, 2006

Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

Re: <u>Ralph Lavin v. McDonald's Corporation and McDonald's of Bradford, Massachusetts</u>
    Docket No.: 05 11055DPW
    Date of Loss: 05/23/03

Dear Sir/Madam:

In reference to the above-captioned matter, enclosed please note the following change of mailing address for the Plainitff, Ralph Lavin:

Change the address from: **27 Haigh Ave, Salem, NH 03079,  (603) 966-6026**

To:       **65 Pine Knoll St., Lee, NH 03824   (603) 659-6169**

Thank you for your attention to this matter.

Very truly yours,

Ralph Lavin

Enclosures

cc:   **MORRISON MAHONEY LLP**
      COUNSELLORS AT LAW
      250 SUMMER STREET
      BOSTON, MASSACFFUSETTS 02210-1181
      Attn: William Joseph Flanagan