**RALPH LAVIN**
**Formerly**
65 Pine Knoll St.
Lee, NH 03824
(603) 659-6169

FILED
IN CLERKS OFFICE

2006 JUN 26 P 3: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

**now**
425 Calef Highway, Epping , NH 03042  (603) 679-8379

June 22, 2006

Civil Clerk's Office
United States District Court
    For the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

Re:  Ralph Lavin v. McDonald's Corporation and McDonald's of Bradford, Massachusetts
     Docket No.: 05 11055DPW
     Date of Loss: 05/23/03

Dear Sir/Madam:

    In reference to the above-captioned matter, enclosed please note the following change of

mailing address for the Plainitff, Ralph Lavin:

    Change the address from: **65 Pine Knoll St., Lee, NH 03824   (603) 659-6169**

    To:                      **425 Calef Highway, Epping , NH 03042  (603) 679-8379**

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        Ralph Lavin

Enclosures

cc:   **MORRISON MAHONEY LLP**