

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



DOCKET NO.

05 11055 DPW

|  |  |
|---|---|
| Ralph Lavin,<br>      Plaintiff<br><br>v.<br><br>McDonald's Corporation ;<br>Colley/McCoy MA Co., aka McDonald's<br>of Bradford, Massachusetts; Peter Napoli<br>Sal Napoli, Richard McCoy and<br>Golden Arch, Inc.,<br><br>      Defendants. | **MOTION TO VACATE DISMISSAL**<br>**OF COMPLAINT AND RESET**<br>**SCHEDULING CONFERENCE** |

## PARTIES

1. The Plaintiff, Ralph Lavin ("Lavin"), is an individual now residing at 8 Seeley Street, P.O. Box 258, Sandown, NH 03873.

2. The Defendant, McDonald's Corporation ("McDonald's"), is believed to be a corporation of Delaware having its headquarters McDonald's Plaza, Oak Brook, Illinois 6052.

3. The Defendant, Colley/McCoy MA Co., ("Colley/McCoy") has been identified by opposing counsel as the proper party, a general partnership under the laws of the Commonwealth of Massachusetts, identified in the original complaint as McDonald's of Bradford ("Bradford").

4. Bradford is believed to hold itself out as a franchisee of McDonald's, operating under the trademarks and service marks of McDonalds and has a place of business at 53 South Main Street, Bradford, Massachusetts 01830.

5. Peter Napoli has been identified by opposing counsel as a partner of Colley/McCoy and a resident of Massachusetts.

6. Sal Napoli has been identified by opposing counsel as a partner of Colley/McCoy and a resident of Massachusetts.

7. Golden Arch, Inc. has been identified by opposing counsel as a partner of Colley/McCoy and a Delaware Corporation with its principal place of business at One McDonald's Plaza, Oak Brook, Illinois.

8. Richard McCoy is a former partner with Colley/McCoy, but was a partner on the Date of Loss by Lavin, acknowledged to be 05/23/03.

## FACTS

9. Upon recently checking into the status of his case, and concerned because he has had no recent correspondence from the Court or opposing counsel, Lavin has learned that his complaint was dismissed on 03/02/2006.

10. The dismissal of Lavin's complaint is said to be based upon Lavin's failure to attend a status conference on 3/2/2006. This status conference was ordered on 10/10/2005 for 03/02/2006. As stated in Lavin's Declaration in support of this **Lavin never received the SCHEDULING ORDER and consequently was unaware of the Status Conference set for 03/02/2006**

11. Moreover, as stated in Lavin's attached Declaration, **he never received any copy of the ORDER entered 03/02/2006, either from the Court or from opposing**

counsel.

12. Lavin has been diligent in promptly advising the Court of his current address as follows:

**On April 22, 2006** RALPH LAVIN advised that his address had changed from 27 Haigh Ave. Salem, NH 03079 to 65 Pine Knoll St., Lee, NH 03824

**On June 22, 2006** RALPH LAVIN advised that his address had changed from 65 Pine Knoll St. Lee, NH 03824 to 425 Calef Highway, Epping, NH 03042

**On July 5, 2006** RALPH LAVIN advised that his address had changed from 425 Calef Highway, Epping, NH 03042 to 8 Seeley Street, P.O. Box 258, Sandown, NH 03873

13. If Lavin had been aware of the prior actions of the Court he would have taken action at the time he supplied his changes of address to the Court

**CLAIMS FOR RELIEF**

WHEREFORE, Lavin requests that this Honorable Court grant him the following relief:

a. That the Dismissal of Lavin's case be vacated on the ground that Lavin never received a copy of the Scheduling Order which is why he failed to attend the conference that resulted in dismissal of his case;

b. That the Scheduling Conference be reset, with Lavin given full notice of the time and date so that he can attend and demonstrate why his case should not have been dismissed, either on the merits or because of his failure to attend a conference for which he never received notice.

## JURY DEMAND

Lavin hereby demands a jury trial on all issues in this action properly triable by a jury

Respectfully submitted,

Dated: October 18, 2006

Ralph Lavin
8 Seeley Street,
P.O. Box 258,
Sandown, NH 03873
(603)234-1611

### Certificate of Service

The undersigned hereby certifies that a copy of the above and foregoing has been served upon the Defendants by depositing the same this      day of October 2006 in the United States mail, postage prepaid addressed to its attorneys as follows: William Joseph Flannigan and Curtis L.S. Carpenter, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210

Date:10-   -06

Ralph Lavin

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 OCT 20 P 4:03

DOCKET NO. S. DISTRICT COURT

05 11055 DPW

|  |  |
|---|---|
| Ralph Lavin,<br>     Plaintiff<br>v.<br><br>McDonald's Corporation ;<br>Colley/McCoy MA Co., aka McDonald's<br>of Bradford, Massachusetts;  Peter Napoli<br>Sal Napoli, Richard McCoy and<br>Golden Arch, Inc.,<br><br>     Defendants. | DECLARATION OF LAVIN IN<br>SUPPORT OF MOTION TO VACATE<br>DISMISSAL OF COMPLAINT AND<br>RESET SCHEDULING CONFERENCE |

### DECLARATION MADE SUBJECT TO THE
### PAINS AND PENALTIES FOR PERJURY

1. I am the Plaintiff, Ralph Lavin ("Lavin"), an individual now residing at 8 Seeley Street, P.O. Box 258, Sandown, NH 03873.

2. Upon recently checking into the status of my case, because of my concern that I have s had no recent correspondence from the Court or opposing counsel, I has learned that my complaint was dismissed on 03/02/2006.

3. The dismissal of my complaint is said to be based upon my failure to attend a status conference on 3/2/2006. This status conference was ordered on 10/10/2005 for 03/02/2006. I have been diligent in checking my mail and in responding to all prior communications from opposing counsel and the Court. I **never received the SCHEDULING ORDER and consequently was unaware of the Status Conference set for 03/02/2006**

2

4. Moreover, I **never received any copy of the ORDER entered 03/02/2006, either from the Court or from opposing** counsel.

5. I have been diligent in promptly advising the Court of my his current address as follows:

   **On April 22, 2006** I advised that my address had changed from 27 Haigh Ave. Salem, NH 03079 to 65 Pine Knoll St., Lee, NH 03824
   **On June 22, 2006** I advised that my address had changed from 65 Pine Knoll St. Lee, NH 03824 to 425 Calef Highway, Epping, NH 03042
   **On July 5, 2006** I advised that his address had changed from 425 Calef Highway, Epping, NH 03042 to 8 Seeley Street, P.O. Box 258, Sandown, NH 03873

6. If I had been aware of the prior actions of the Court I would have taken action at the time I supplied my changes of address to the Court

7. I request that this Honorable Court grant me the following relief:

   a. That the Dismissal of my case be vacated on the ground that I never received a copy of the Scheduling Order which is why I failed to attend the conference that resulted in dismissal of my case;

   b. That the Scheduling Conference be reset, with me given full notice of the time and date so that I can attend and demonstrate why my case should not have been dismissed, either on the merits or because of my failure to attend a conference for which I never received notice.

8. **I repeat my jury demand for** a jury trial on all issues in this action properly triable by a jury

2

3

This Declaration is made subject to the pains and penalties for perjury.

Dated: October 18, 2006

_____
Ralph Lavin
8 Seeley Street,
P.O. Box 258,
Sandown, NH 03873
(603)234-1611

**Certificate of Service**

The undersigned hereby certifies that a copy of the above and foregoing has been served upon the Defendants by depositing the same this       day of October 2006 in the United States mail, postage prepaid addressed to its attorneys as follows: William Joseph Flannigan and Curtis L.S. Carpenter, Morrison Mahoney LLP, 250 Summer Street, Boston, MA 02210

Date:10-    -06

_____
Ralph Lavin

3