**RALPH LAVIN**
Formerly
8 Seeley Street
P.O. Box 258, Sandown, NH 03873
(603) 234-1611

now
3940 Russian Olive Lane
Zepher Hills, Florida 33541
cell 813-235-5502
813-782-0675

February 5, 2007

Civil Clerk's Office, United States District Court
   For the District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210

Re: <u>Ralph Lavin v. McDonald's Corporation and McDonald's of Bradford, Massachusetts</u>
    Docket No.: 05 11055DPW
    Date of Loss: 05/23/03

Dear Sir/Madam:

In reference to the above-captioned matter, enclosed please note the following change of maling address for the Plaintiff, Ralph Lavin:

Change the address From: **8 Seeley Street, P.O. Box 258, Sandown, NH 03873**
**(603) 234-1611**

To: **3940 Russian Olive Lane, Zepher Hills, Florida 33541**
**cell 813-235-5502    813-782-0675**

Thank you for your attention to this matter.

Very truly yours,

Ralph Lavin

cc: **MORRISON MAHONEY LLP**
COUNSELLORS AT LAW
250 SUMMER STREET
BOSTON, MASSACFFUSETTS 02210-1181
Attn: William Joseph Flanagan

[FILED stamp: CLERKS OFFICE 2007 FEB -6 P 12:23 US DISTRICT COURT DIST OF MASS]